# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ACUITY,**

        **Plaintiff,**

    **v.**                                           **Case No. 11-C-0549**

**ACTION MECHANICAL, INC.,**

        **Defendant.**

---

## ORDER

**IT IS ORDERED** that plaintiff's motion for default judgment is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of September 2011.

                                    s/_____
                                    LYNN ADELMAN
                                    District Judge